**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

REBECCA JEAN HAYNES,

                Plaintiff,

v.                                     CIVIL ACTION NO.   3:16-2781

NANCY A. BERRYHILL,[1]
Acting Commissioner of the
Social Security Administration,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).   The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Brief in Support of Claim (ECF No. 7) to the extent Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g), deny Defendant's Brief in Support of Defendant's Decision (ECF No. 8), reverse the final decision of the Commissioner, and remand this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and dismiss this matter from this Court's docket.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

       Accordingly, the Court accepts and incorporates herein the findings and recommendations

---

[1]At the time this civil action was filed, Carolyn W. Colvin was serving as the Acting Commissioner of Social Security.

of the Magistrate Judge and **GRANTS** Plaintiff's Brief in Support of Claim (ECF No. 7) to the extent Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g), **DENIES** Defendant's Brief in Support of Defendant's Decision (ECF No. 8), **REVERSES** the final decision of the Commissioner, and **REMANDS** this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and **DISMISSES** this matter from this Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:          March 21, 2017

ROBERT C. CHAMBERS, CHIEF JUDGE